Health of the State of New York, et al., Appellants. (Appeal No. 9.) [601 NYS2d 887] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

 In the Matter of NEWARK MANOR NURSING HOME et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 10.) [601 NYS2d 887] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

 In the Matter of SYLCOX NURSING HOME AND HEALTH RELATED FACILITY et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 11.) [601 NYS2d 888] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

 In the Matter of WOODSIDE MANOR NURSING HOME, INC., et al., Respondents, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 12.) [601 NYS2d 888] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Avon Nursing Home v Axelrod* (195 AD2d 1046 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

 In the Matter of VALLEY VIEW MANOR NURSING HOME, Respondent, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 13.) [601